**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**TERRANCE JOHNSON**                                                              **PETITIONER**
**ADC #131197**

v.             **CASE NO.: 5:09CV00047-JMM-BD**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                          **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Terrance Johnson's Petition for Writ of Habeas Corpus (#2) is DISMISSED with prejudice this 29th day of March, 2010.

_____
James M. Moody
United States District Judge