## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TERRANCE JOHNSON**                                                **PETITIONER**
**ADC #131197**

**v.**                       **CASE NO.: 5:09CV00047-JMM-BD**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                 **RESPONDENT**


### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and  ADJUDGED that the Petition for Writ of Habeas Corpus is

DISMISSED with prejudice.

IT IS SO ORDERED this 29th day of March, 2010.


_____
James M. Moody
United States District Judge