## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TERRANCE JOHNSON**
**ADC #131197**                                                                                        **PLAINTIFF**

**V.**                                    **5:09CV00047 JMM**

**LARRY NORRIS**                                                                                **DEFENDANT**

## ORDER

Pending is Petitioner's Notice of Appeal which the Court deems an application for Certificate of Appealability and motion to appeal *in forma pauperis*. The Court will consider the motion for Certificate of Appealability under 22(b) of the Federal Rules of Appellate Procedure and 28 U.S.C. § 2253(c). In order for this Court to grant a Certificate of Appealability, the petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Tiedeman v. Benson*, 122 F.3d 518 (8th Cir. 1997). A "substantial showing" is one in which a petitioner demonstrates that his "issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are 'adequate to deserve encouragement to proceed further.'" *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)(discussing necessary showing under previous law dealing with certificates of probable cause).

In this case, Petitioner has failed to make such a substantial showing of the denial of a constitutional right. Accordingly, the motion for Certificate of Appealability (Docket #23) is DENIED. Petitioner may file this motion with the Eighth Circuit Court of Appeals.

Because Petitioner has not filed a financial affidavit, his motion to appeal *in forma pauperis* is DENIED.

IT IS SO ORDERED this 13th day of April, 2010.

_____
James M. Moody
United States District Judge